IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VILLARI BRANDES & KLINE, P.C. | : | CIVIL ACTION |
| v. | : | |
| PLAINFIELD SPECIALTY HOLDINGS II, INC., et al. | : | NO. 09-2552 |

ORDER

AND NOW, this 26th day of June, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants Plainfield Specialty Holdings II, Inc., Plainfield Offshore Holdings XI, Inc., and Plainfield Offshore Holdings X, Inc. "to dismiss for improper venue or, alternatively, for transfer to the United states District Court for the Eastern District of Michigan" is GRANTED in part and DENIED in part:

(1) the motion to dismiss pursuant to 28 U.S.C. § 1406(a) is DENIED; and

(2) the alternative motion to transfer the action to the United States District Court for the Eastern District of Michigan is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.